REDACTED

24-06898MB

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Daniel DeAntonio, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND INFORMATION

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as a mobile home trailer parked in the backyard of 7634 S. Camino Huivisim, Tucson, Arizona, 85757, and the backyard area of 7634 S. Camino Huivisim, Tucson, Arizona, 85757, hereinafter "SUBJECT RESIDENCE," further described in **Attachment A** for the things described in **Attachment B**.

2.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the FBI Tucson Resident Agency, Tucson, Arizona. I have been a Special Agent since January, 2019. I am currently assigned to investigations involving crimes in Indian Country. As part of my duties with the FBI, I investigate violations of federal law, including violent crimes such as aggravated assault, firearms offenses, and incidental offenses enumerated in Title 18 of the United States Code.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Section 113 is located at the SUBJECT RESIDENCE, as further described in **Attachments A** and **B**, incorporated herein by reference.

4.      This court has jurisdiction over these offenses under Title 18, United States Code, Section 113, because the below-described events occurred within the confines of the District of Arizona, in Pima County, Arizona.

REDACTED

24-06898MB

## PROBABLE CAUSE

5.      On November 1, 2024, at approximately 0815hrs, Pascua Yaqui Police Department (PYPD) responded to 7621 South Camino Huivisim, Tucson, Arizona, 85757, for a call regarding an injured male. Upon arrival, a male, later identified as J███ D███ F█████ (DOB ████████) was in front of the residence, outside the gate. F█████ had visible injuries to his head, which appeared to be large lacerations and a possible stab wound to his leg. Pascua Yaqui Fire Department took F████ to Banner UMC hospital for medical treatment.

6.      When FBI agents asked F█████ who caused his injuries, he said "Darren." F█████ also stated it happened at Darren's house. F█████ wasn't sure what he was struck with during the incident but believed it could have been a bat or a metal pipe. F█████ did not know if he had been shot in his leg. During the interview, F█████ was advised by medical staff that his leg had a fracture in it.

7.      PYPD knew of a Darren JAIMEZ, date of birth ████1965, to live in a trailer (SUBJECT RESIDENECE), in the backyard of 7634 S Camino Huivisim. PYPD knocked on the SUBJECT RESIDENCE and asked JAIMEZ to exit the SUBJECT RESIDENCE. JAIMEZ yelled back to PYPD that he needed to change and put clothes on. JAIMEZ took approximately 5 minutes to open the door to the SUBJECT RESIDENCE. During this time PYPD had no visual into the SUBJECT RESIDENCE. JAIMEZ exited the SUBJECT RESIDENCE and was wearing what appeared to clean clothes. JAIMEZ was detained by PYPD and removed from the area. PYPD and FBI observed what appeared to be blood outside the SUBJECT RESIDENCE. Only a law enforcement safety clear was conducted of the SUBJECT RESIDENCE. The SUBJECT RESIDENCE is currently secured.

## CONCLUSION

8.      I submit that this affidavit supports probable cause for a warrant authorizing the search of the SUBJECT RESIDENCE to seize the items described in **Attachment B**. The affidavit also supports probable cause for a warrant authorizing photographs to be taken on the interior of the SUBJECT RESIDENCE. The items and photographs will

REDACTED

24-06898MB

provide evidence related to the crimes involving Aggravated Assault Causing Serious Bodily Injury 18 U.S.C. § 113(a)(6).

Respectfully Submitted,

DANIEL DEANTONIO

Digitally signed by
DANIEL DEANTONIO
Date: 2024.11.01 13:00:59
-07'00'

_____
Special Agent Daniel DeAntonio
Federal Bureau of Investigation

Subscribed and sworn to me on this __1st__ day of November, 2024

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge